# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

January 16, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX 78711

> Re: Jason Shawn-Michael Bookman
> v. Texas
> No. 14-838
> (Your No. WR-79,801-01)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 13, 2015 and placed on the docket January 16, 2015 as No. 14-838.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob C. Travers
Case Analyst

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 20 2015

Abel Acosta, Clerk